## LYNDON v. COYLE.

No. 5514. Opinion Filed October 12, 1915.

(152 Pac. 373.)

**APPEAL AND ERROR—Case-Made—Making and Serving—Extension of Time.** An order granting an extension of time, made after the expiration of the time originally granted for making and serving a case-made, is void, and presents nothing to this court for review.

(Syllabus by Brewer, C.)

*Error from District Court, Logan County;*
*A. H. Huston, Judge.*

Action by J. S. Lyndon against W. H. Coyle. From the judgment, Lyndon brings error. Dismissed.

*T. C. Whitely* and *John Remy,* for plaintiff in error.

*C. G. Hornor,* for defendant in error.

Opinion by BREWER, C. Final judgment was rendered in this case on March 1, 1913, and plaintiff in error was allowed 60 days in which to prepare and serve case-made. On April 30, 1913, the court allowed an additional

30 days' time in which to prepare and serve a case-made. On June 6, 1913, a paper, copied into the record, purporting to be signed by the trial judge, but which does not show that it was filed in the court below, purports to extend the time further for making and serving a case-made to August 8th; and on August 7, 1913, the case-made was certified by the trial judge.

By referring to the dates of the orders, it will appear that the first order of extension of 60 days from March 1st would have expired on April 30th, and the order extending the time on that date for 30 days additional expired on May 30th. Therefore the order of June 6, 1913, purporting to extend the time further in which to prepare and serve case-made, was made after the court had lost jurisdiction to make further orders of this nature. Under the repeated holdings of this court, the case-made was not prepared and served within the time allowed by statute, or within an additional time allowed by any valid order of the trial court. *Haynes v. Smith*, 29 Okla. 703, 119 Pac. 246, and authorities there cited.

The appeal should therefore be dismissed.

By the Court: It is so ordered.